**E-filed 6/20/06**

1  KEVIN V. RYAN (California State Bar No. 118321)
   United States Attorney
2  JAY R. WEILL (California State Bar No. 75434)
   Assistant United States Attorney
3  Chief, Tax Division

4   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, CA 94102
    Telephone:    (415) 436-7000
6   Fax           (415) 436-6748

7  Attorneys for the United States of America

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 RAM R. SWAMY,                          )  Case No. C-06-02455-JF
                                          )
12          Plaintiff,                    )
                                          )
13       v.                               )
                                          )  APPLICATION TO
14 UNITED STATES OF AMERICA,              )  CONTINUE CASE
   COMMISSIONER OF INTERNAL REVENUE       )  MANAGEMENT CONFERENCE
15 SERVICE, AND CERTAIN OTHER DOES 1      )  AND ORDER
   THROUGH 10,                            )
16                                        )  DATE:       JULY 14, 2006
            Defendant.                    )  TIME:       10:30 A.M.
17 _____)

18      This matter is set for a case management conference on July 14, 2006.  The parties are

19 attempting to settle the case.  Accordingly, we request that the Case Management Conference be

20 continued to September 15, 2006 to allow those discussions to continue.  Plaintiff's counsel,

21 Glenn Abel, joins in this request.

22                                 KEVIN V. RYAN
                                   United States Attorney
23

24                                 /s/ Jay R. Weill
                                   JAY R. WEILL
25                                 Assistant United States Attorney
                                   Chief, Tax Division
26
                                          **ORDER**
27
        Upon application of the United States, the Case Management Conference is continued to
28
   September 15, 2006 at 10:30 a.m.

        6/20/06                    _____
                                   UNITED STATES DISTRICT JUDGE