KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney

JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:  (415) 436-7000
Fax         (415) 436-6748

Attorneys for the United States of America

\*\*E-filed 9/11/06\*\*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAM R. SWAMY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE SERVICE, PETER LILJEGREN; JEANETTE TAGGART; AROCKIYASWAMY VENKIDU; SELVARAJ VENUGOPAL; S. SHAUKAT H. RIZVI; WAJID RIZVI,<br><br>Defendant. | Case No. C-06-02455-JF<br><br>APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER<br><br>DATE: SEPTEMBER 15, 2006<br>TIME: 10:30 A.M. |

This matter is set for a case management conference on September 15, 2006. The plaintiff has filed an Amended Complaint and added 6 additional defendants. These defendants are in process of being served. The parties are attempting to settle the case among all the defendants. Accordingly, we request that the Case Management Conference be continued to December 8, 2006 to allow those discussions to continue and for the additional defendants to respond to the Amended Complaint. Plaintiff's counsel, Glenn Abel, joins in this request.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

**ORDER**

Upon application of the United States, the Case Management Conference is continued to December 8, 2006 at 10:30 a.m.

UNITED STATES DISTRICT JUDGE