**E-filed 1/29/07**

KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7000
Fax          (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAM R. SWAMY,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF INTERNAL REVENUE SERVICE, PETER LILJEGREN; JEANETTE TAGGART; AROCKIYASWAMY VENKIDU; SELVARAJ VENUGOPAL; S. SHAUKAT H. RIZVI; WAJID RIZVI,<br><br>           Defendant. | Case No. C-06-02455-JF<br><br>APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER<br><br>DATE:   FEBRUARY 9, 2007<br>TIME:   10:30 A.M. |

This matter is set for a case management conference on February 9, 2007. After weeks of negotiations, the plaintiff submitted a formal offer to settle the case on January 25, 2007, which may involve the filing of a stipulated judgment in favor of the government against the plaintiff. Accordingly, we request that the Case Management Conference be continued to April 6, 2007 to allow the Tax Division in Washington, D.C. the time to review the settlement proposal.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

**ORDER**

Upon application of the United States, the Case Management Conference is continued to April 6, 2007 at 10:30 a.m.

1/29/07

UNITED STATES DISTRICT JUDGE
JEREMY FOGEL