**E-filed 6/27/07**

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7000
Fax           (415) 436-6748
Jay.Weill@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAM R. SWAMY, ) | Case No. C-06-02455-JF |
| Plaintiff, ) | |
| v. ) | |
| ) | JOINT APPLICATION TO VACATE |
| COMMISSIONER OF INTERNAL REVENUE ) | CASE MANAGEMENT |
| SERVICE, PETER LILJEGREN; JEANETTE ) | CONFERENCE AND ORDER |
| TAGGART; AROCKIYASWAMY VENKIDU; ) | |
| SELVARAJ VENUGOPAL; S. SHAUKAT H. ) | DATE:        JUNE 29, 2007 |
| RIZVI; WAJID RIZVI AND CERTAIN ) | TIME:        10:30 A.M. |
| OTHER DOES 7 THROUGH 10, ) | |
| Defendants. ) | |

This matter is set for a Case Management Conference on June 29, 2007. After weeks of negotiations, the plaintiff submitted a offer to settle the case, which will involve the entry of a stipulated judgment in favor of the government against the plaintiff. The government accepted the offer on June 22, 2007. The will parties are now in the process of preparing an agreed upon stipulated judgment. This take approximately 30 days because under the term of the settlement the plaintiff will first pay to the government a sum of money before the judgment is submitted to the Court. Accordingly, we request that the Case Management Conference be vacated. Plaintiff's counsel, Glen Abel, joins in this request.

SCOTT N. SCHOOLS
United States Attorney

Dated: June 26, 2007        /s/ Jay R. Weill
                            JAY R. WEILL
                            Assistant United States Attorney
                            Chief, Tax Division

1
2
**ORDER**
3
Upon application of the parties, the Case Management Conference is vacated.
4
6/27/07
_____
UNITED STATES DISTRICT JUDGE
5
Jeremy Fogel
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Application To Vacate CMC &
Order (C-06-02455-JF)

# CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**JOINT APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Glenn R. Abel, Esq.
16055 Caputo Drive, Suite F
Morgan Hill, CA 95037

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **June 26, 2007** at San Francisco, California.

                                                /s/ Kathy Tat
                                            **KATHY TAT**
                                            **Legal Assistant**